**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

Dated: 08:31 AM May 15, 2015

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| Anthony D. Seese | : | Case No.: 14-62235 |
| Patricia A. Christensen | : | Chapter 13 |
| | : | Judge Russ Kendig |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## AGREED ORDER TO SETTLE MOTION DETERMINE SECURED STATUS AND TO AVOID MORTGAGE (DOCKET NUMBER 29)

This matter having come before this Court on the Motion to Determine Secured Status and to Avoid Mortgage, which was filed in this court by Anthony D. Seese and Patricia A. Christensen (collectively, "Debtor"), and the responses of U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust I, BSI Financial Services, ("Creditor"), by and through its mortgage servicing agent BSI Financial Services Inc; and it appearing to this Court that the parties have agreed to a course of action; and this Court, being otherwise fully advised in the premises, issues the following Order with respect thereto:

14-029253_MEK

1. The parties agree for the purposes of resolving this Motion, Creditor shall have an allowed secured mortgage claim of $125,000.00 with interest at the rate of 4.45% per annum, to be paid at the rate of $1,700.00 per month until April 2015 and thereafter at the rate of $2,000.00 per month. In addition, lump sum payments of $10,000.00 shall be paid at confirmation of the Plan and $15,000.00 in June 2017.

2. Creditor's mortgage shall only be released and extinguished upon the successful completion of this bankruptcy case and issuance of a discharge order in this case. Should this bankruptcy case be dismissed or converted to another chapter under the Bankruptcy Code, Creditor's mortgage shall be fully reinstated and the above agreement as to value void.

SO ORDERED

###

**SUBMITTED BY:**

/s/ Mary E. Krasovic
Mary E. Krasovic (0085380)
Adam B. Hall (0088234)
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: abh@manleydeas.com
Attorney for Creditor


/s/ Anne Piero Silagy
Anne Piero Silagy, Esq
1225 South Main Street
Suite 1
North Canton, OH 44720
Telephone: 330-526-8221
Fax: 330-526-8231
Email: asilagylawfirm@neo.rr.com
Attorney for Debtor

Robert P. Harbert (Ohio Bar ID 0065285)

Digitally signed by Robert P. Harbert (Ohio Bar ID 0065285)
DN: cn=Robert P. Harbert (Ohio Bar ID 0065285), o=Toby L. Rosen, Standing Chapter 13 Bankrutpcy Trustee, ou=Staff Counsel, email=rharbert@chapter13canton.com, c=US
Date: 2015.05.14 15:00:11 -04'00'

Toby L Rosen
Chapter 13 Trustee
400 W Tuscarawas St
Charter One Bank Bldg
Canton, OH 44702
Email: hlatzan@chapter13canton.com


Copies to:

| | |
|---|---|
| Ashland County Treasurer<br>Party of Interest<br>Court House<br>142 West Second Street<br>Ashland , OH 44805<br>(notified by regular US Mail) | Mary E. Krasovic<br>Attorney for Creditor<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028<br>mek@manleydeas.com<br>(notified by ecf) |
| Toby L Rosen<br>Chapter 13 Trustee<br>400 W Tuscarawas St<br>Charter One Bank Bldg<br>Canton, OH 44702<br>hlatzan@chapter13canton.com<br>(notified by ecf) | Anthony D. Seese and Patricia A. Christensen<br>Debtor<br>448 County Road 1302<br>Polk, OH 44866<br>(notified by regular US Mail) |
| Anne Piero Silagy , Esq<br>Attorney Debtor<br>1225 South Main Street<br>Suite 1<br>North Canton, OH 44720<br>asilagylawfirm@neo.rr.com<br>(notified by ecf) | Office of U.S. Trustee<br>Northern District of Ohio<br>Howard Metzenbaum U.S. Courthouse<br>Party of Interest<br>201 Superior Avenue<br>Cleveland, OH 44114<br>(Registered address)@usdoj.gov<br>(notified by ecf) |