The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Entered pursuant to Administrative Order No. 16-02, Josiah C. Sell, Acting Clerk of Court

By: /s/ Diane Haidet
Deputy Clerk

Dated: 10:46 AM July 1, 2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceedings |
| Anthony D. Seese | : | Case No.: 14-62235 |
| Patricia A. Christensen | : | Judge Russ Kendig |
| Debtor(s) | | |
| S.S. ###-##-9391 (Debtor) | | |

### NOTICE OF COMPLETION OF PLAN PAYMENTS BY DEBTOR(S) AND ORDER RELEASING FURTHER PLAN PAYMENTS

The Standing Chapter 13 Trustee assigned to this case, Dynele L. Schinker-Kuharich, hereby provides notice that the Debtor(s) in this case have completed payments to the Trustee under the confirmed Chapter 13 plan. It is the intent of the Trustee to now prepare and issue her Final Report and Account regarding this case promptly upon the payment of all outstanding disbursement checks issued in relation to this case.

*The Debtor(s) and Counsel are strongly advised to review this Court's Administrative Order No. 08-06 in order to ensure compliance with the discharge eligibility requirements applicable to Chapter 13 cases.*

The Court on its own motion hereby ORDERS that the order previously entered, that required the employer of the Debtor(s) to deduct and pay over a portion of the wages or earnings

of the Debtor(s) to the Trustee, be and it is hereby vacated, and such employer shall no longer be required to make said deductions and is hereby released from further liability with respect thereto.

I hereby certify that this Order complies with Administrative Order No. 16-02.

Signed under the pains and penalty of perjury.

###

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee
200 Market Avenue North, Suite 30
Canton, OH 44702
Tel. 330.455.2222
dlsk@Chapter13Canton.com

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at [RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at dlsk@Chapter13Canton.com

Anne Piero Silagy, Counsel for Debtor(s), via the Court's Electronic Case Filing System at asilagylawfirm@neo.rr.com

Anthony D. Seese, Debtor, via regular mail at:
Patricia A. Christensen, Debtor, via regular mail at:
448 County Road 1302
Polk, OH 44866

Packaging Specialties, Employer via regular mail at:
Attn: Payroll
300 Lake Road
Medina, OH 44256